# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELIAS N. QUINTANA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: CV-10-420-JHP |
| ) | |
| HON. JUDGE THOMAS ALFORD, ) | |
| MONTE STROUT, ) | |
| GENE S. ELLIS, JR., and ) | |
| FIRST STATE BANK, an Oklahoma ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Order dismissing this case the 21st day of June, 2011, the Court enters judgment for the Defendants, and against the Plaintiff.

**IT IS SO ORDERED** this 21st day of June, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma